Case 3:19-mj-71290-MAG   Document 1   Filed 08/14/19   Page 1 of 5

AO 91 (Rev. 11/11) Criminal Complaint

FILED
AUG 14 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
for the
Northern District of California



| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JOSETH FORTINO SALGADO-MARTINEZ, a.k.a., Joseth Fortino Salgado | ) ) ) ) ) | Case No.  3 19 71290 |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __May 30, 2019__ in the county of __Alameda__ in the __Northern__ District of __California__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) and (b)(2) | Illegal reentry |

This criminal complaint is based on these facts:

See attached affidavit of Department of Homeland Security, Immigrations and Customs Enforcement Deportation Officer Christopher Morales

☑ Continued on the attached sheet.

Approved as to form /s/ 
AUSA Briggs Matheson

_____
Complainant's signature

Christopher Morales, DHS/ICE Deportation Officer
Printed name and title

Sworn to before me and signed in my presence.

Date: Aug 14, 2019

_____
Judge's signature

City and state: San Francisco, California

Hon. Elizabeth D. Laporte
Printed name and title

### AFFIDAVIT OF DEPORTATION OFFICER CHRISTOPHER MORALES IN SUPPORT OF CRIMINAL COMPLAINT

I, Christopher Morales, Deportation Officer of the United States Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE"), being duly sworn, hereby declare as follows:

### INTRODUCTION AND PURPOSE OF AFFIDAVIT

1. This affidavit is being submitted in support of a criminal complaint and arrest warrant charging Joseth Fortino SALGADO Martinez (a/k/a SALGADO, Joseth Fortino), with unlawfully re-entering the United States after deportation, without the permission of the Attorney General or the Secretary of Homeland Security, or a designated successor, in violation of 8 U.S.C. § 1326.

2. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only those facts that I believe are necessary to establish probable cause to believe that, on or after, February 9, 2018, within the Northern District of California, Joseth Fortino SALGADO Martinez, an alien, who had previously been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General or the Secretary of the Department of Homeland Security, or a designated successor, having expressly consented to the defendant's application for admission into the United States, in violation of 8 U.S.C. § 1326. The statements contained in this affidavit are based on information provided to me by law enforcement officers, immigration officers and agents, and immigration records, as well as my training, experience, and knowledge of this investigation.

### AGENT'S BACKGROUND AND EXPERTISE

3. I am a Deportation Officer of the United States Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE") and have been so employed in this capacity since June 26, 2016. I am currently assigned to the Violent Criminal Alien Section (VCAS) of the San Francisco District Office. I am a law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7). I was trained as a Deportation Officer at the Federal Law Enforcement Training Center in Glynco, Georgia.

4. As a Deportation Officer, I have conducted law enforcement duties to investigate, identify, locate arrest, detain, prosecute, and remove foreign nationals who pose a threat to national security and public safety. I have conducted complex investigations, executed arrests, prepared cases for removal proceedings, prosecution, and managed detention and removal of foreign nationals ordered removed from the United States by working with foreign, federal, state, and local law enforcement agencies.

1

## APPLICABLE LAW

5. Title 8, United States Code, Section 1326(a) provides criminal penalties for "any alien who (1) has been denied admission, excluded, deported, or removed or has departed the United States while an order of exclusion, deportation, or removal is outstanding, and thereafter (2) enters, attempts to enter, or is at any time found in, the United States, unless (A) prior to his reembarkation at a place outside the United States or his application for admission from foreign contiguous territory, the Attorney General has expressly consented to such alien's reapplying for admission; or (B) with respect to an alien previously denied admission and removed, unless such alien shall establish that he was not required to obtain such advance consent under this chapter or any prior Act."

6. Title 8, United States Code, Section 1326(b)(2) provides, in relevant part, that "in the case of any alien . . . whose removal was subsequent to a conviction for commission of an aggravated felony, such alien shall be fined under such title, imprisoned not more than 20 years, or both[.]"

## STATEMENT OF FACTS ESTABLISHING PROBABLE CAUSE

7. SALGADO is a twenty-four (24) year-old male who has used one (1) alias in the past (SALGADO, Joseth Fortino).

8. SALGADO is a native and a citizen of Mexico since birth. He is not a United States citizen.

9. SALGADO has been assigned the following identification numbers: Alien Registration number of A204 227 376, FBI number of 748844FE6, California Criminal Information Index number of CA34885078, and Fingerprint Identification Number of 1140380610.

10. On January 29, 2015, SALGADO was convicted in the Superior Court of California, in the County of Alameda, for the offense of Disturbing the Peace, in violation of section 415 of the California Penal Code. For this crime, SALGADO was sentenced to a fine.

11. On July 7, 2016, SALGADO was convicted in the Superior Court of California, in the County of Alameda, for the offense of Robbery, in violation of Section 211 of the California Penal Code. For this crime, SALGADO was sentenced to two (2) years state prison.

12. A review of SALGADO's immigration records show that on December 19, 2017, he was ordered removed pursuant to a Final Administrative Removal Order issued by Immigration and Customs Enforcement in Sacramento, California. A warrant of removal/deportation was issued on December 19, 2017.

13. SALGADO was physically removed from the United Sates on one (1) occasions:

   | **DATE** | **PLACE OF DEPORTATION** |
   |---|---|
   | February 9, 2018 | San Ysidro, CA to Mexico |

14. SALGADO entered the United States at or near an unknown place on or after his deportation/removal on February 9, 2018, by crossing the international border without inspection after deportation.

15. On or around May 30, 2019, in the State of California, County of Alameda, in Northern District of California, SALGADO was found by ICE pursuant to his arrest by the Alameda County Sheriff's Department for a parole violation, in violation of Section 3056 of the California Penal Code. On the same date, ICE placed a Form I-247, Immigration Detainer – Notice of Action to the Alameda County Sheriff's Office.

16. On July 27, 2019, SALGADO was released from the Alameda County Sheriff's Department, and into ICE custody at San Francisco, California.

17. On the same date, SALGADO's fingerprints were taken by ICE as part of the standard booking procedures. The fingerprints were electronically submitted to the California Department of Justice, National Crime Information Center/Next Generation Identification, DHS/ICE databases, and the DHS Biometric Support Center. On July 1, 2019, the DHS Biometric Support Center determined in Examination Report, 1560-19 that the fingerprints taken by ICE were associated SALGADO's alien file, number 204 227 376, and therefore matched the individual who was deported on the previously-mentioned date.

18. The District Records Manager of the San Francisco District, Citizenship and Immigration Services, DHS, or an agency employee acting at his direction, performed a search for records relating to SALGADO. On June 25, 2019, after a diligent search, no record was found to exist indicating that SALGADO obtained official consent from the Attorney General or the Secretary of Homeland Security at any time to reapply for admission into the United States.

## CONCLUSION

19. For the reasons stated above, I believe there is probable cause to believe that, on or after February 9, 2018, Joseth Fortino SALGADO Martinez unlawfully re-entered the United States after deportation, without the permission of the Attorney General or the Secretary of Homeland Security, in violation of 8 U.S.C. § 1326. I respectfully request that the Court issue the requested criminal complaint and arrest warrant.

_____
Christopher Morales
Deportation Officer
Immigration and Customs Enforcement

Sworn to before me this \_\_14\_\_ day of August 2019.

_____
HON. ELIZABETH D. LAPORTE
United States Magistrate Judge